UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURAB BUZAISHVILI,<br><br>       Petitioner,<br><br>    -against-<br><br>MATTHEW T. ALBENCE, Executive Director, U.S. Immigration & Customs Enforcement; CHAD F. WOLF, Acting Secretary, U.S. Dept. of Homeland Security; WILLIAM P. BARR, Attorney General, U.S. Dept. of Justice,<br><br>       Respondents. | 20 Civ. 4602 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt of Petitioner Zurab Buzaishvili's pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. Section 2241 [dkt. no. 1].  The Government shall file any opposition to Mr. Buzaishvili's petition within thirty days of the date hereof.  After the Government files any opposition papers, Mr. Buzaishvili shall have fourteen days to reply.

  Chambers will mail a copy of this order to Mr. Buzaishvili.

**SO ORDERED.**

Dated:  New York, New York
     June 19, 2020

                *Loretta A. Preska*
                _____
                LORETTA A. PRESKA
                Senior United States District Judge