UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURAB BUZAISHVILI,<br><br>                     Petitioner,<br><br>                  -against-<br><br>MATTHEW T. ALBENCE, Executive Director, U.S. Immigration & Customs Enforcement; CHAD F. WOLF, Acting Secretary, U.S. Dept. of Homeland Security; WILLIAM P. BARR, Attorney General, U.S. Dept. of Justice,<br><br>                    Respondents. | 20-CV-4602 (LAP)<br><br>ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION |

LORETTA A. PRESKA, United States District Judge:

      Petitioner, proceeding *pro se*, brings this petition for a writ of *habeas corpus*. To proceed with a petition for a writ of *habeas corpus* in this Court, a petitioner must either pay the $5.00 filing fee or, to request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

      Petitioner submitted the petition without the filing fee or an IFP application. Within thirty days of the date of this order, Petitioner must either pay the $5.00 filing fee or complete and submit the attached IFP application. If Petitioner submits the IFP application, it should be labeled with docket number 20-CV-4602 (LAP). If the Court grants the IFP application, Petitioner will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

      The Clerk of Court is directed to mail a copy of this order to Petitioner and note service on the docket. No answer shall be required at this time. If Petitioner complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Petitioner fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

**SO ORDERED.**

Dated:  June 19, 2020
       New York, New York

                                        _____
                                        LORETTA A. PRESKA
                                        United States District Judge