UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURAB BUZAISHVILI,<br><br>                Petitioner<br><br>    -against-<br><br>MATTHEW T. ALBENCE, et al,<br><br>                Respondents. | No. 20 Civ. 4602 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    No later than January 29, 2021, the Government shall file a letter advising the Court as to whether Petitioner Zurab Buzaishvili remains in the custody of the Federal Bureau of Prisons or U.S. Immigration and Customs Enforcement, and, if so, where he is in custody.

**SO ORDERED.**

Dated:    New York, New York
            January 20, 2021

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge